IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| DANNY ALLEN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 9:18-cv-50 |
| | § | |
| SDR TRUCKING, LLC AND TIMOTHY | § | |
| DEWAYNE HARRELL | § | JURY REQUESTED |

## STIPULATION OF DISMISSAL OF DEFENDANTS

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff hereby and jointly agrees and stipulates that Defendants, SDR Trucking, LLC and Timothy Dewayne Harrell, are dismissed as parties in this action with prejudice.

1. Plaintiff, Danny Allen, sued Defendants, SDR Trucking, LLC and Timothy Dewayne Harrell, on or about January 19, 2018.

2. The parties are properly before the court.

3. The Defendants reached a confidential settlement agreement with Plaintiff on December 18, 2018.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7. This dismissal of Defendants is with prejudice.

**LORANCE THOMPSON, PC**

/s/ Roger D. Oppenheim

_____
ROGER D. OPPENHEIM
FBN:  14206
SBN:  15292400
2900 North Loop West, Suite 500
Houston, Texas 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethomppson.com
ATTORNEY FOR DEFENDANTS
SDR TRUCKING, LLC AND
TIMOTHY DEWAYNE HARRELL


**ZEHL & ASSOCIATES**

/s/ W. Lamar DeLong (signed w/ permission)

_____
W. LAMAR DELONG
SBN:  24101693
2700 Post Oak Blvd., Ste. 1120
Houston, TX 77056
713/491-6064
713/583-8545 (fax)
ldelong@zehllaw.com
ATTORNEY FOR PLAINTIFF
DANNY ALLEN