** NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| DANNY ALLEN | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CASE No. 9:18-CV-50-RC-KFG |
| v. | § | |
| | § | |
| SDR TRUCKING, LLC ET AL. | § | |
| | § | |
| *Defendants*. | § | |

### ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANTS

The parties filed a Stipulation of Dismissal of Defendants [Dkt. #44] pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), seeking to dismiss the case with prejudice against Defendants SDR Trucking LLC and Timothy Dewayne Harrell and for each party to bear its own costs.

IT IS THEREFORE ORDERED that the parties Stipulation of Dismissal of Defendants [Dkt. #44] is **GRANTED** and that Plaintiff Danny Allen's claims against Defendants SDR Trucking, LLC and Timothy Dewayne Harrell are DISMISSED WITH PREJUDICE. All costs of court shall be borne by the party incurring the same.

**So Ordered and Signed**
**Jan 4, 2019**

_____
Ron Clark, Senior District Judge